IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SALVADOR MENDEZ-ZAMORA,<br><br>　　　　Defendant. | Case No. 00-20066-05-JAR |

## ORDER

　　This matter comes before the Court on Defendant Salvador Mendez-Zamora's Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A) (Docs. 311, 312). Mendez-Zamora originally filed a *pro se* motion requesting sentence reduction under 18 U.S.C. § 3582(c)(1)(A) based on multiple factors, including the length of his sentence, the amount of time he has already served, and his rehabilitation efforts.[1] The FPD entered its appearance on November 22, 2021, and filed supplemental materials to Mendez-Zamora's *pro se* motion asking the Court to reduce his life sentence to between 25 and 30 years.[2] The government filed a response,[3] and the FPD, on Mendez-Zamora's behalf, filed a reply.[4]

　　After the motion went under advisement, the FPD filed two additional "Supplements" in support of Mendez-Zamora's request for sentence reduction,[5] citing three recent cases: *United*

---

[1] Doc. 311.

[2] Doc. 317.

[3] Doc. 321.

[4] Doc. 324.

[5] Docs. 325, 326.

*States v. Tyler*,[6] *Concepcion v. United States*,[7] and *United States v. Espino*.[8]  These Supplements, which are filed as pleadings and not by letter to the Clerk of Court as contemplated by D. Kan. Rule 7.1(f), offer additional argument in support of Mendez-Zamora's request.

In light of the supplemental authority and arguments offered by Mendez-Zamora, as well as the nature of the grounds in support of the request for § 3582(c)(1)(A) relief before it, the Court will afford the government the opportunity to respond.  Accordingly, the government may file a surreply on or before **October 13, 2022**.  There shall be no further briefing without further order of the Court.

**IT IS SO ORDERED.**

Dated: September 29, 2022

                                            S/ Julie A. Robinson
                                           JULIE A. ROBINSON
                                           UNITED STATES DISTRICT JUDGE

---

[6] No. 04-20044-02-KHV, 2022 WL 2866700, at *2 (D. Kan. July 21, 2022) (addressing issue exhaustion).

[7] 142 S. Ct. 2389, 2396 (2022) (confirming that district courts have the discretion to consider intervening changes of law and fact as extraordinary and compelling reasons for sentence reduction).

[8] No. 03-20051-08-JWL, 2022 WL 4465096, at *2–3 (D. Kan. Sept. 26, 2022) (granting motion to reduce sentence of life imprisonment to 360 months based in large part on the defendant's youth at the time of the offense).